QUIN DENVIR, Bar #49374
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
DAVID SHAW, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SHAW, SR., <br><br>　　　　　Petitioner, <br><br>　　v. <br><br>ROSSANN CAMPBELL, et al., <br><br>　　　　　Respondents. | No. CIV S-05-1506 MCE GGH <br><br>MOTION FOR SUBSTITUTION OF COUNSEL |

　　　Petitioner DAVID SHAW, SR., hereby moves this Court for an order substituting Stephanie Adraktas, 448 Page Street, San Francisco, California 94102; telephone (415) 699-1507, for the Office of the Federal Defender as petitioner's counsel in this matter. The Federal Defender's Office has determined that it is currently unable to represent petitioner. Ms. Adraktas has agreed to accept the appointment. She is an experienced criminal defense attorney, with extensive experience in federal habeas corpus cases. A copy of the court's file in this case will be forwarded to Stephanie Adraktas.

////

////

////

Stephanie Adraktas is aware of any deadlines in this case. She has authorized the undersigned to sign this substitution motion on her behalf.

            Respectfully submitted,

            QUIN DENVIR
            Federal Defender


Dated: August 19, 2005   /s/ David M. Porter
            DAVID M. PORTER
            Assistant Federal Defender
            Attorneys for Petitioner
            DAVID SHAW, SR.


Dated: August 19, 2005   /s/ Stephanie Adraktas
            Stephanie Adraktas


            \*\*\*\*\*\*\*\*

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Stephanie Adraktas shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.


Dated: 8/30/05
            /s/ Gregory G. Hollows

            _____
            GREGORY G. HOLLOWS
            United States Magistrate Judge




sh1506.ord