IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SHAW, SR.,

        Petitioner,                  No. CIV S-05-1506 MCE GGH P

    vs.

ROSSANN CAMPBELL, Warden, et al.,

        Respondents.              <u>ORDER</u>

_____/

        Pursuant to the joint statement filed November 3, 2005, the court makes the following ORDERS:

        1. On or before February 7, 2006, petitioner shall file either an amended petition which will proceed on exhausted claims only, or an amended petition containing exhausted claims as well as a motion for stay and abeyance addressing the standards set forth in <u>Rhines v. Weber</u>, ___ U.S. ___, 125 S. Ct. 1528 (2005); a motion to stay shall be noticed for hearing in accordance with the local rules;

        2. If petitioner does not file a motion to stay this action, respondent's response to the amended petition is due within sixty days of February 7, 2006; petitioner's reply is due thirty days thereafter;

/////

/////

/////

3. Any motions for discovery or an evidentiary hearing by petitioner must be filed within thirty days of the filing of the reply.

DATED: 11/21/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

sh1506.tim