IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DAVID SHAW, SR.,**

Petitioner,

v.

**ROSANNE CAMPBELL, et al.,**

Respondents.

CIV S-05-1506 MCE GGH P

**ORDER**

Good cause appearing, it is ordered that the time for filing Respondent's response to Petitioner's amended petition for writ of habeas corpus be extended to May 10, 2006. This order grants Respondent's thirty-day (30) enlargement of time.

**IT IS SO ORDERED.**

Dated: 4/18/06

/s/ Gregory G. Hollows

Magistrate Judge Gregory G. Hollows

shaw1506.eot.wpd

[Proposed] Order

1