STEPHANIE M. ADRAKTAS
(No. 215323)
Attorney at Law
448 Page St.
San Francisco, CA 94102
Telephone (415) 699-1507
Fax Number  (415) 626-5475

Attorney for Petitioner
DAVID SHAW SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SHAW SR. | NO.  CIV S-05-1506 MCE GGH |
| Petitioner, | |
| v. | **ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE** |
| ROSSANN CAMPBELL, Warden | |
| Respondent . | |

For the reasons stated in the foregoing Unopposed Motion for Enlargement of Time to File Traverse and based on the information presented in Petitioner's Declaration of Counsel, IT IS  ORDERED that the Motion for Enlargement of Time is granted.  Petitioner must file a Traverse to Respondent's Answer no later than July 10, 2006.

DATED: 6/8/06

/s/ Gregory G. Hollows
_____
THE HONORABLE GREGORY G. HOLLOWS
MAGISTRATE JUDGE

shaw1506.eot(2)