1  STEPHANIE M. ADRAKTAS
   (No. 215323)
2  Attorney at Law
   448 Page St.
3  San Francisco, CA 94102
   Telephone (415) 699-1507
4  Fax Number  (415) 626-5475

5  Attorney for Petitioner
   DAVID SHAW SR.

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10
   DAVID SHAW SR.                    )      NO.  CIV S-05-1506 MCE GGH
11                                   )
                  Petitioner,        )
12                                   )      ORDER GRANTING
          v.                         )      PETITIONER'S UNOPPOSED
13                                   )      MOTION FOR
   ROSSANN CAMPBELL, Warden          )      ENLARGEMENT OF TIME
14                                   )      TO FILE MOTIONS FOR AN
                                     )      EVIDENTIARY HEARING OR
15               Respondent .        )      DISCOVERY
                                     )
16  _____

17

18

19          For the reasons stated in the foregoing Unopposed Motion for Enlargement

20  of Time to File Motions for Discovery and an Evidentiary Hearing and based on the

21  information presented in Petitioner's Declaration of Counsel, IT IS  ORDERED that

22  the Motion for Enlargement of Time is granted.   Petitioner must file any motions

23  for discovery or an evidentiary hearing no later than September 6, 2006.

24

25          DATED: 8/14/06

26          /s/ Gregory G. Hollows
            _____
27          MAGISTRATE JUDGE

28          shaw1506.eot(3)