STEPHANIE M. ADRAKTAS
(No. 215323)
Attorney at Law
P.O. Box 424015
San Francisco, CA 94142
Telephone (415) 699-1507
Fax Number  (415) 626-5475

Attorney for Petitioner
DAVID MARTIN SHAW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARTIN SHAW, | NO.  CIV S-05-1506 MCE GGH |
| Petitioner, | |
| v. | **ORDER ON PETITIONER'S MOTION FOR DISCOVERY AND TO EXPAND THE RECORD** |
| ROSEANNE CAMPBELL, Warden | |
| Respondent . | |

On October 19, 2006 this court held a hearing on Petitioner's Motion for Discovery and to Expand the Record to include certain documents.  The court has considered the Petitioners's Motion, the Respondent's Opposition to the Motion, the arguments of counsel presented at the hearing, and the record of proceedings in the above captioned action.

The court finds that there is good cause for Petitioner's motion for discovery of the records of the Respondent's toxicological analysis of witness S.L.'s blood sample.

The Respondent objects to expansion of the record to include Petitioner's Exhibits 5, 23 and 24 and does not object to the remaining proposed exhibits.

1         Accordingly it is hereby ORDERED that:

2         1. No later than 30 days after the date of this Order Respondent shall provide to Petitioner a copy of the report recording the results of the California Department of Justice analysis of witness S.L.'s blood sample and all related documents including chain of custody records.   Those records shall include:

    (A) a copy of supplemental report #6 for Marysville Police Department case number #9-09-1472;

    (B) all documents related to the forensic testing of sample P20-005, including chain of custody records for such samples and for Supplemental Report #6;

2.   Petitioners's motion to expand the record to include proposed exhibits 1-4 and 6-22 is granted;

3. Petitioner's motion to expand the record to include proposed exhibits 5, 23, and 24 is denied without prejudice;

4. Petitioner is granted leave to move for an evidentiary hearing or to move to expand the record (by stipulation if available) after petitioner receives discovery and set forth in paragraph 1 of this Order.

DATED: 11/2/06

/s/ Gregory G. Hollows
_____
THE HONORABLE GREGORY G. HOLLOWS
MAGISTRATE JUDGE


shaw1506.ord