1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID SHAW, SR.,

11            Petitioner,                    No. CIV S-05-1506 MCE GGH P

12      vs.

13   ROSANNE CAMPBELL, et al.,

14            Respondent,                    ORDER

15   _____/

16            Reference has been made to the preliminary hearing transcript, but such has not

17   been filed with the court.  Respondent shall file a copy of this transcript within five days of the

18   filed date of this order.

19   DATED:  12/20/07

20                                           /s/ Gregory G. Hollows

                                             _____
21   GGH:gh:035                              UNITED STATES MAGISTRATE JUDGE
     shaw1506.trsn
22

23

24

25

26

                                             1