IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SHAW, SR.,

     Petitioner,                        No. CIV S-05-1506 MCE GGH P

     vs.

ROSANNE CAMPBELL, et al.,

     Respondents.                  <u>ORDER</u>

/

          Petitioner, a state prisoner proceeding through counsel, has timely filed a notice of appeal of this court's January 9, 2009, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

          A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

///

///

1   A certificate of appealability should be granted for any issue that petitioner can
2 demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different
3 court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,
4 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]
5   Petitioner has made a substantial showing of the denial of a constitutional right in
6 the following issues presented in the instant petition: 1) denial of right to present a defense based
7 on exclusion of witnesses who would have impeached the victim (claim 1); 2) ineffective
8 assistance of counsel based on counsel's failure to renew attempts to have impeachment
9 witnesses testify (claim 2); 3) ineffective assistance of counsel based on failure to call a forensic
10 intoxication expert (claim 3); 4) ineffective assistance of counsel for failure to exclude evidence
11 that petitioner was a violent person (claim 6); 5) ineffective assistance of counsel for failing to
12 properly advise petitioner of his right to testify (claim 8); 6) ineffective assistance of counsel for
13 filing to call defense witnesses (claim 9); 7) ineffective assistance of counsel for failing to
14 adequately cross-examine victim (claim 10).
15   Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
16 issued in the present action.

Dated: February 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.

2